N.J. INDUSTRIAL PROPERTIES, INC. v. Y.C. & V.L., INC.

September 5, 1984.

Petition for certification granted.

THEODORE M. WIETECHA v. GUY PEORONARD v. PORT
AUTHORITY OF NEW YORK AND NEW JERSEY.

September 5, 1984.

Petition for certification granted.

DIVISION OF BUILDING AND CONSTRUCTION, DEPARTMENT
OF THE TREASURY v. CERAMI CONSTRUCTION COMPANY.

September 5, 1984.

Petition for certification denied.

SHIN IL HONG v. NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

September 5, 1984.

Petition for certification denied.